UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

UNITED STATES OF AMERICA,

        Plaintiff,

v.                                           Case No. 2:18-cr-231
                                               HON. PAUL L. MALONEY

CURTIS SCOTT LARSON,

        Defendant.
_____/

## ORDER OF DETENTION

Defendant appeared before the undersigned on July 30, 2018, for an initial appearance and arraignment on the indictment filed July 25, 2018. The government filed a motion for detention and pretrial services recommended detention. Defense counsel requested a hearing on the issue of detention during the week of August 6, 2018.

IT IS HEREBY ORDERED that defendant be detained pending further proceedings.

IT IS SO ORDERED.

                                                */s/ Timothy P. Greeley*
                                               TIMOTHY P. GREELEY
                                               UNITED STATES MAGISTRATE JUDGE

Dated: July 30, 2018