UNITED STATES OF AMERICA
UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION


UNITED STATES OF AMERICA,

    Plaintiff,

v.                                                      Case No. 2:18-cr-31
                                                      HON. PAUL L. MALONEY

CURTIS SCOTT LARSON,

    Defendant.
_____/

## **ORDER OF DETENTION**

Defendant Curtis Scott Larson is indicted on nine counts stemming from the alleged sexual abuse of C.M.L. and S.E.D. The Government filed a motion for detention and pretrial services recommended detention. On August 7, 2018, the Court heard argument on the Government's motion and took the matter under advisement.

After considering the factors in 18 U.S.C. § 3142(g), the undersigned finds that Defendant poses a danger to the community and that no conditions of release will reasonably assure the safety of the community. First, the nature and circumstances of the offenses charged are very serious. In the nine-count indictment, Defendant is alleged to have sexually abused his daughter and another minor victim in 2017 and 2018. Second, the weight of evidence weighs in the Government's favor because a grand jury has already found probable cause exists on each count in the indictment. Third, the record establishes that Defendant has willfully violated other court orders. Most notably, Defendant violated a previous court order prohibiting him from contacting the same victim in this case—his daughter. Despite the order, Defendant has admitted

to being in contact with his daughter through Facebook messenger, as well as meeting her in person. In addition, the undersigned notes that the transcript of the tribal court proceedings read by the Government at the hearing was sufficient to establish probable cause that Defendant committed perjury during that proceeding. The perjury charge against Defendant is still pending in tribal court.

Based on the current record, the undersigned finds that Defendant poses a danger to the community and that no conditions of release will reasonably assure the safety of the community. He has shown that he is unable to follow court orders. Therefore, the undersigned grants the Government's motion for detention.

IT IS HEREBY ORDERED that Defendant be detained pending further proceedings.

IT IS SO ORDERED.

Dated: August 8, 2018

  /s/ Timothy P. Greeley
TIMOTHY P. GREELEY
UNITED STATES MAGISTRATE JUDGE